UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff and Judgment Creditor,<br><br>   v.<br><br>DEBRAH CABRAL,<br><br>        Defendant and Judgment Debtor.<br><br>STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF SOCIAL SERVICES,<br><br>        Garnishee. | No. 1:21-mc-00060-DAD-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING REQUEST FOR FINAL ORDER OF GARNISHMENT<br><br>(Doc. Nos. 9, 10) |

On July 6, 2021, in order to collect restitution owed by defendant and judgment debtor Debrah Cabral, plaintiff the United States filed an application for a writ of continuing garnishment of the wages of defendant through the garnishee State of California; California Department of Social Services. (Doc. No. 1.) On September 27, 2021, the United States filed a request for findings and recommendations with regard to a final order of garnishment. (Doc. No. 9.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

1

On October 12, 2021, the assigned magistrate judge issued findings and recommendations, recommending that the United States' request for final order of garnishment be granted. (Doc. No. 10.) The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty-one (21) days from the date of service. (*Id.*)[1] To date, no objections to the findings and recommendations have been filed with the court, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on October 12, 2021 (Doc. No. 10) are adopted in full;
2. The United States' request for a final order of continuing garnishment (Doc. No. 9) is granted;
3. Garnishee State of California; California Department of Social Services is directed to pay the Clerk of the United States District Court twenty-five percent (25%) of Cabral's ongoing and non-except disposable earnings;
4. Garnishee State of California; California Department of Social Services is directed to pay the Clerk of the United States District Court the amount of non-exempt disposable earnings already withheld as a result of the writ, within fifteen (15) days of the filing of this order;

/////
/////
/////
/////

---

[1] The United States served a copy of the findings and recommendations on defendant and on the garnishee on October 13, 2021. (Doc. No. 11.) The government's certificate of service also affirms that the United States verified the last known address of the defendant, as the magistrate judge so ordered in the pending findings and recommendations. (Doc. Nos. 10, 11.)

5. Payment shall be made in the form of a cashier's check, money order or company draft, made payable to the Clerk of the Court and delivered to the United States District Court, Eastern District of California, 501 I Street, Room 4-200, Sacramento, California 95814.  The criminal docket number (1:17-cr-00260-DAD) shall be stated on the payment instrument;

6. The court retains jurisdiction to resolve matters through ancillary proceedings in this case, if necessary; and

7. This garnishment shall terminate when either:  the United States seeks to terminate the writ or when the judgment is fully satisfied.

IT IS SO ORDERED.

Dated:   **December 7, 2021**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE