1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff and Judgment Creditor,<br><br>  v.<br><br>DEBRAH CABRAL,<br><br>   Defendant and Judgement Debtor. | No. 1:21-mc-00060-DAD-SAB<br><br>ORDER TERMINATING WAGE GARNISHMENT<br><br>(Doc. No. 15) |
| STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF SOCIAL SERVICES,<br><br>   Garnishee. | |

  This matter is before the court on plaintiff United States' request for an order terminating wage garnishment. (Doc. No. 15.) As set forth in plaintiff's original application for a writ of garnishment, the United States garnished defendant Debrah Cabral's in-home support services earnings that she received from the State of California, California Department of Social Services. (Doc. No. 1.) The United States now requests that the writ of wage garnishment be terminated pursuant to 28 U.S.C. § 3205(c)(10)(C) because plaintiff has recovered the statutory assessment and restitution imposed on defendant Cabral. (Doc. No. 15.)

/////

1

Good cause appearing from the review of the court files and the United States' request for an order terminating wage garnishment, the United States' request (Doc. No. 15) will be granted. The writ of garnishment issued against Debrah Cabral is hereby terminated pursuant to 28 U.S.C. § 3205(c)(10)(C).  The Clerk of the Court is directed to close this miscellaneous case.

IT IS SO ORDERED.

Dated: **July 8, 2022**

_____
UNITED STATES DISTRICT JUDGE